THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN F. MONTENIGRO, | : |
| Plaintiff, | : 3:23-CV-1036 |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Schwab) |
| DAWN GLEASON, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS **20th** DAY OF OCTOBER, 2023, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein;
2. The above-captioned action is **DISMISSED**;
3. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge